# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**DONALD STARKEY,**

       **Petitioner,**

vs.                                                       **Case No.: 2:16-cv-525**
                                                                 **JUDGE GEORGE C. SMITH**
                                                                 **Magistrate Judge Jolson**

**WARDEN, CHILLICOTHE**
**CORRECTIONAL INSTITUTION,**

       **Respondent.**

## ORDER

On January 27, 2017, the United States Magistrate Judge issued a *Report and Recommendation* recommending that Respondent's Motion to Dismiss be granted and that this action be dismissed. (*See Report and Recommendation*, Doc. 8). The parties were specifically advised of their right to object to the *Report and Recommendation* and of the consequences of their failure to do so. There has nevertheless been no objection to the *Report and Recommendation*.

The *Report and Recommendation* is hereby **ADOPTED** and **AFFIRMED.** Respondent's Motion to Dismiss is **GRANTED**. This action is hereby **DISMISSED**. Additionally, Petitioner's Motion for Expansion of Record pursuant to Rule 7 is **DENIED**.

The Clerk shall remove Documents 4, 5, and 8 from the Court's pending motions list and terminate this case.

       **IT IS SO ORDERED**.

                                                                */s/ George C. Smith*
                                                                **GEORGE C. SMITH, JUDGE**
                                                                **UNITED STATES DISTRICT COURT**